**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>JAMES R WUTTKE<br>GIULIA R WUTTKE<br>Debtor(s) | Case No. 11-35841 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/31/2011.

2) The plan was confirmed on 12/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/29/2012, 11/01/2012.

5) The case was converted on 12/13/2012.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,992.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,188.42 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,188.42

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $173.94 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,673.94

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 10 MINUTE PAYDAY LOAN CORP | Unsecured | 7,890.00 | NA | NA | 0.00 | 0.00 |
| 500 FAST CASH | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| AMSURG | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS/JOLIET | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK NA CONSUMER | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Unsecured | 91.00 | 154.88 | 154.88 | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 2,000.00 | 2,329.23 | 2,329.23 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 642.00 | 682.16 | 682.16 | 0.00 | 0.00 |
| DEPENDICARE HOME HEALTH | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | NA | 7,073.42 | 7,073.42 | 0.00 | 0.00 |
| ICS INC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY ADVANCE | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| JOLIET WOMENS HEALTH CENTER | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| L CLAUDE ASCHINBERG MD | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| LINDIA LLC | Unsecured | 552.00 | 599.77 | 599.77 | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CENTER FOR ADVANCE IN | Unsecured | 449.00 | 458.55 | 458.55 | 0.00 | 0.00 |
| MK ORTHOPAEDICS SURGERY | Unsecured | 933.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| OPTIMA MEDICAL ASSOCIATES | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| PLATINUM CASH LINK | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 218.00 | 218.31 | 218.31 | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICES | Unsecured | 20.00 | 72.70 | 72.70 | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP | Unsecured | 1,399.00 | 1,399.60 | 1,399.60 | 0.00 | 0.00 |
| ROCK RUN DENTAL CARE | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 3,800.00 | 3,800.00 | 3,800.00 | 1,718.09 | 196.39 |
| SANTANDER CONSUMER USA | Unsecured | NA | 151.95 | 151.95 | 0.00 | 0.00 |
| SCOTTS LAWN SERVICE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| STERLING INC | Unsecured | 529.00 | 5,585.09 | 5,585.09 | 0.00 | 0.00 |
| STERLING INC | Secured | 500.00 | 500.00 | 500.00 | 400.00 | 0.00 |
| STERLING INC | Secured | 250.00 | 250.00 | 250.00 | 200.00 | 0.00 |
| STERLING INC | Unsecured | 3,564.00 | 3,017.11 | 3,017.11 | 0.00 | 0.00 |
| TD RETAIL CARD SVCS | Unsecured | 1,463.00 | 1,462.60 | 1,462.60 | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| U OF I PHYSICIANS GROUP | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,800.00 | $1,718.09 | $196.39 |
| All Other Secured | $750.00 | $600.00 | $0.00 |
| **TOTAL SECURED:** | **$4,550.00** | **$2,318.09** | **$196.39** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,205.37** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,673.94 |
| Disbursements to Creditors | $2,514.48 |
| **TOTAL DISBURSEMENTS :** | **$4,188.42** |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/07/2013                             By: /s/ Glenn Stearns
                                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**